# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE RANCH OPPORTUNITIES, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RUCHELL LEVON ROBINSON, JENNIFER ROBINSON, and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 13CV2094 JLS (RBB)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO REMAND**<br><br>(ECF No. 6) |

Presently before the Court is Plaintiff Granite Ranch Opportunities, LLC's ("Plaintiff") Motion to Remand. (ECF No. 6). Defendants Ruchell Levon Robinson and Jennifer Robinson ("Defendants") have failed to file a timely opposition pursuant to Civil Local Rule 7.1(e)(2). As a result, the Court **GRANTS** the motion. *See* CivLR 7.1(f)(3)(c).

Defendants attempted to remove this unlawful detainer action to federal court once before. *See Granite Ranch Opportunities, LLC v. Robinson*, No. 13CV1357 JLS (RBB). This Court granted Plaintiff's unopposed motion to remand in the previous case and remanded the suit back to state court.

It is clear from Plaintiff's current motion to remand, (ECF No. 6), and from even a cursory examination of the Notice of Removal, (ECF No. 1), that federal subject matter jurisdiction is lacking in this case and that Defendants had no good faith basis

1 for removing to this Court a second time.  Accordingly, the Court **GRANTS** Plaintiff's
2 request for an award of reasonable attorney's fees incurred as a result of this frivolous
3 removal.  *See* 28 U.S.C. 1447(c) ("An order remanding the case may require payment
4 of just costs and any actual expenses, including attorney fees, incurred as a result of the
5 removal.")  The Court awards Plaintiff $750 in costs and attorney's fees.

6 The Court cautions Defendants that further attempts to remove this case to federal
7 court will result in the imposition of additional monetary sanctions and a bar on further
8 court filings.  This order concludes the litigation in this matter.  The Clerk shall close
9 the file.

10 **IT IS SO ORDERED.**

12 DATED:  October 16, 2013

13 _____
Honorable Janis L. Sammartino
14 United States District Judge